**[6ord23]** [ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                              Case No. 6:10–bk–18867–ABB
                                                                                    Chapter 7

Sherry Jacqueline Bertucelli
3827 E. Kaley Avenue
Orlando, FL 32812

_____Debtor(s)_____/

ORDER DETERMINING DEBTOR'S
COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)

   Pursuant to 11 U.S.C. § 521(i)(1), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor has complied with the information filing requirements of 11 U.S.C. § 521(a).

   Accordingly, it is

   ORDERED:

   1. This case is not subject to automatic dismissal under 11 U.S.C. § 521(i)(1) or (2).

   2. If any party has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. § 521(a), they shall file a Motion for Reconsideration not later than 21 days from the date of this order, and serve such motion on the trustee, debtor and debtor's counsel, if any. The motion should specifically identify the information and document(s) required by 11 U.S.C. § 521(a) that the debtor has failed to file.

       DONE AND ORDERED on October 25, 2010 .

                                                              _____
                                                              Arthur B. Briskman
                                                              United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 113A-6           User: cahyen                 Page 1 of 1           Date Rcvd: Oct 25, 2010
Case: 10-18867                 Form ID: 6ord23              Total Noticed: 19

The following entities were noticed by first class mail on Oct 27, 2010.
db           +Sherry Jacqueline Bertucelli,    3827 E. Kaley Avenue,   Orlando, FL 32812-9148
19298368     +BAC Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
19298369     +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
19298370     +Chase,    PO Box 15153,    Wilimington, DE 19886-5153
19298372     +Cindy Tendler Bonsignori,    10081 Paradise Blvd.,    Treasure Island, FL 33706-3114
19298371     +Cindy Tendler Bonsignori,    The Massage Spa,   4101 Central Ave.,Ste. B,
               St. Petersburg, FL 33713-8200
19298374     +City of St. Petersburg,    PO Box 2842,    St. Petersburg, FL 33731-2842
19298373     +City of St. Petersburg,    PO Box 33034,    St. Petersburg, FL 33733-8034
19298376     +Diane Nelson CFC,    Pinellas County Tax Collecto,    PO Box 10834,   Clearwater, FL 33757-8834
19298377     +Florida Default Law Group,    9119 Corporate Lake Dr.,    Suite 300,   Tampa, FL 33634-2380
19298385      Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
               Tallahassee FL 32314-6668
19298378     +Francine Rackoff, PL,    721 First Ave. North,    St. Petersburg, FL 33701-3603
19298386    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    Post Office Box 21126,
               Philadelphia PA 19114)
19298379     +Progress Energy,    PO Box 33199,    St. Petersburg, FL 33733-8199
19298382     +Wells Fargo Bank,    PO Box 96074,    Charlotte, NC 28296-0074
19298381     +Wells Fargo Bank,    PO Box 536210,    Atlanta, GA 30353-6210
19298383     +Wells Fargo Home Mortg.,    PO Box 660278,    Dallas, TX 75266-0278

The following entities were noticed by electronic transmission on Oct 26, 2010.
19298384     +E-mail/Text: Bankruptcy@octaxcol.com                           Orange County Tax Collector,
               Attn: Earl K. Wood,    Post Office Box 2551,    Orlando FL 32802-2551
19298380     +E-mail/Text: ustp.region21.or.ecf@usdoj.gov                            United States Trustee,
               135 W. Central Blvd.,    Orlando, FL 32801-2440
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19298375*    +City of St. Petersburg,    PO Box 2842,   St Petersburg, FL 33731-2842
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2010**           **Signature:**   *Joseph Speetjens*