**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**Sherry Jacqueline Bertucelli**

| | |
|---|---|
| **Debtor(s).** | **CASE NO.**    **10-18867-ABB** |
| | **CHAPTER**     **7** |

_____/

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY
### FILED NOVEMBER 29, 2010

Comes now, BAC HOME LOANS SERVICING, LP, its successors and/or assigns, and states that it is

withdrawing its Motion for Relief from Stay (Doc # 11), dated November 29, 2010.

> Florida Default Law Group, P.L.
> Post Office Box 25018
> Tampa, FL 33622-5018
> (813)   251-4766 Ext: 3543
> Fax: 813-251-1541
> Email: bkatt@defaultlawfl.com
>
> By: /s/   NOAH STEFAN BEUGE
> Noah Stefan Beuge
> Florida Bar No. 68234
> ATTORNEY FOR BAC HOME LOANS
> SERVICING, LP

FILE_NUMBER: B10099695

Serial: 16459724
DOC_ID: M013001





<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Motion for Relief from Stay

has been furnished by regular U. S. Mail to all parties listed below on this 23 day of December, 2010.

Sherry Jacqueline Bertucelli
3827 E. Kaley Avenue
Orlando,  FL  32812

Cindy Tendler Bonsignori
10081 Paradise Blvd.
Treasure Island, FL 33706


I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Motion for Relief from Stay

has been furnished by Electronic Mail to all parties listed below on this 23 day of December, 2010.


Carl L Griffin
2223 Curry Ford Road
Orlando,  FL  32806

Leigh R. Meininger, Trustee
Post Office Box 1946
Orlando,  FL  32802-1946



Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813)  251-4766 Ext: 3543
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/   NOAH STEFAN BEUGE
Noah Stefan Beuge
Florida Bar No. 68234
ATTORNEY FOR BAC HOME LOANS
SERVICING, LP