B6F (Official Form 6F) (12/07)

In re  **Sherry Jacqueline Bertucelli**                           Case No. **10-18867**
                          Debtor                                                       (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 320101001358763 <br> QBE Specialty Insurance Company <br> c/o Wells Fargo Bank <br> PO Box 8129 <br> Jacksonville, FL 32239 | | | | | X | | 1,861.18 |

0   Continuation sheets attached

Subtotal ► $ 1,861.18

Total ► $ 1,861.18

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

I declare under penalty of perjury that the attached Amended Schedule F is true and correct.

_____        Date:_____
Sherry Bertucelli

/s/ Carl L. Griffin                                            Date:_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **Sherry Jacqueline Bertucelli**, Debtor

Case No. **10-18867**

Chapter **7**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 394,970.00 | | |
| B - Personal Property | YES | 3 | $ 4,271.33 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 648,429.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 6,480.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 14,038.92 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,171.64 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,501.32 |
| TOTAL | | 14 | $ 399,241.33 | $ 668,949.11 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
# Middle District of Florida

In re **Sherry Jacqueline Bertucelli**                                        Case No. **10-18867**
                                    Debtor                                    Chapter **7**

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 6,480.23 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 6,480.23 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,171.64 |
| Average Expenses (from Schedule J, Line 18) | $ 2,501.32 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 2,682.36 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 262,269.11 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 6,480.23 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 12,177.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 274,446.85 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, DIVISION

IN RE:

Sherry Jacqueline Bertucelli,        Case No.: 6:10-bk-18867-ABB
Debtor.
_____/


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Amended Schedule F together with the Meeting of Creditors were furnished by U.S. Mail this 23 day of December, 2010, to QBE Specialty Insurance Company, PO Box 8129, Jacksonville, FL 32239-8129 and Electronic Transmission this 23 day of December, 2010, to Leigh R. Meininger, PO Box 1946, Orlando, FL 32802-1946 and The United States Trustee, 135 West Central Blvd, Orlando, FL 32801.

/S/ Carl L. Griffin
CARL L. GRIFFIN, ESQUIRE
Carl L. Griffin, P.A.
2223 Curry Ford Road
Orlando, FL 32806
(407) 897-2275
Florida Bar No. 888850
Attorney for Debtor